UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6207

STANLEY WILSON CRUSENBERRY,

Plaintiff - Appellant,

versus

R. V. CHADWELL, Lee County Sheriff; LEE COUNTY
SHERIFF'S DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-96-1086-R)

Submitted: May 1, 1997          Decided: May 13, 1997

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stanley Wilson Crusenberry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Crusenberry v. Chadwell</u>, No. CA-96-1086-R (W.D. Va. Jan. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2